**Electronically Filed**
**Supreme Court**
**SCWC-16-0000592**
**02-FEB-2018**
**08:05 AM**

SCWC-16-0000592

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CARLOTTA A. CISNEROS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000592; 1DTA-16-00585)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Carlotta A. Cisneros's

application for writ of certiorari, filed on December 19, 2017,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 2, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

